UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711;
Voice-mail(815) 642-4613
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379
Jeffrey M. Raymond
Kevin de Lyon
Attorneys for the Debtor(s)**

Order Filed on September 7,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

CARLOS CHIRINO, DEBTOR(S)

Case No.: 17-13630 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: September 7, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Carlos Chirino, Debtor(s)

Case no.:  17-13630 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$700.00** for services rendered and expenses in the amount **$0.00**  for a total of **$700.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.