UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Herbert B. Raymond, Esq., Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M. Raymond, Kevin DeLyon
Attorneys for the Debtor(s)

| | |
|---|---|
| In Re:<br><br>CARLOS CHIRINO, DEBTOR(S) | Case No.:   17-13630 JKS_<br><br>Judge:   JOHN K. SHERWOOD<br><br>Chapter:   13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for DECEMBER 13, 2018, at 10:00 A.M.

    ☐ Certification of Default filed by  ,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I believe the arrearage is $2,215.99.  The plan, which was confirmed, called for payments and then funding from a lawsuit, so as confirmed, there is sufficient funding.  As to the delinquency, some time in December of 2018 I should be receiving a retroactive payment from my employer.  In addition, there will be a uniform allowance.  Finally, I am working with my spouse, with whom I have been having problems, to help with payments.  The combination of these factors will allow me to make up the arrearage in due course.  I am also working on other avenues to bring in more revenue such as renting the property to gain more income.  I expect to be able to repay what is due by early January of 2019 and request that I be allowed until that time to do so.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: NOVEMBER 27, 2018_    /S/ CARLOS CHIRINO_
Debtor's Signature

Date: _____    _____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*