|   |   |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Raymond and Raymonds, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond, Esq.;<br>Jeffrey M. Raymond, Esq.<br>Kevin de Lyon, Esq.<br>Attorneys for the Debtor(s) | **Order Filed on January 31, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |

| | |
|---|---|
| In Re: | Case No.: 17-13630 (JKS) |
| CARLOS CHIRINO,   DEBTOR(S) | Adv. No.: |
| | Hearing Date: |
| | Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: January 31, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Carlos Chirino, Debtor(s)

Case no.:17-13630 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$400.00** for services rendered and expenses in the amount **$0.00** for a total of **$400.00**. The allowance shall be payable

___XXXX___  through the Chapter 13 plan as an administrative priority.

_____ outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos E Chirino  
    Debtor

Case No. 17-13630-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 31, 2019  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.
```
db             +Carlos E Chirino,    1465 37th Street,    North Bergen, NJ 07047-2305
aty            +Peter N Davis,    Peter N. Davis & Associates, LLC,    TD Banknorth Building,
                 100 Hamilton Plaza,    Ste 420,    Paterson, NJ 07505-2116
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Carlos E Chirino bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                                    TOTAL: 5