Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13630−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carlos E Chirino
    1465 37th Street
    North Bergen, NJ 07047

Social Security No.:
    xxx−xx−4812

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/13/19 at 10:00 AM

to consider and act upon the following:

*67* − Creditor's Certification of Default (related document:40 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/15/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*68* − Certification in Opposition to (related document:67 Creditor's Certification of Default (related document:40 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/15/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Herbert B. Raymond on behalf of Carlos E Chirino. (Raymond, Herbert)

Dated: 5/16/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos E Chirino  
    Debtor

Case No. 17-13630-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 16, 2019  
                       Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.  
db         +Carlos E Chirino,   1465 37th Street,   North Bergen, NJ 07047-2305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:  
      Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Herbert B. Raymond   on behalf of Debtor Carlos E Chirino herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@gmail.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 5