UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-13630 JKS_ |
| CARLOS CHIRINO, DEBTOR | |
| | Chapter: 13_____ |
| | Judge: John K. Sherwood_ |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Carlos Chirino_, Debtor_, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:** Clerk, U.S. Bankruptcy Court, 50 Walnut St., 3rd Floor, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood, U.S.B.J.on OCTOBER 24, 2019 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D, 50 Walnut St., 3rd Floor, Newark, NJ 07102(hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** Slip and Fall Action

**Pertinent terms of settlement:** Mr. Chirino, the Debtor, suffered a right ankle fracture of the lateral malleolus with tearing of the lateral ligaments, requiring surgery in the form of an open reduction and internal fixation of the ankle, due to a slip and fall situation. The settlement figure is $225,000.00 (two-hundred and twenty-five thousand dollars). I feel that this is a fair settlement of the claim since there is a strong comparative element, given that the fall occurred at a diner and there were some warning signs posted for patrons to watch their step where the client fell (my position was that the signs were inadequate given where they were posted and the condition of the same).

Objections must be served on, and requests for additional information directed to:

Name: Herbert B. Raymond, Esq., (Raymond & Raymond, Esqs.)

Address: 7 Glenwood Avenue, 4th Floor, East Orange, NJ 07017_____

Telephone No.: 973-675-5622 (Phone); 1-408-519-6711 (Telefax); Email: herbertraymond@gmail.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-13630-JKS
Carlos E Chirino                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3              Date Rcvd: Sep 23, 2019
                             Form ID: pdf905          Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.

```
db             +Carlos E Chirino,    1465 37th Street,    North Bergen, NJ 07047-2305
aty            +Peter N Davis,    Peter N. Davis & Associates, LLC,    TD Banknorth Building,
                 100 Hamilton Plaza,    Ste 420,    Paterson, NJ 07505-2116
516751438      +AlticeUSA,    200 Jericho Quadrangle,    Jericho NY 11753-2701
516665438      +BQN Borinquen Grill,    267 Orange Street,    Newark, NJ 07103-3611
516665437      +Bergen Pain Management,    37 West Century Rd.,    Paramus, NJ 07652-1466
516665441      +Capital One Deposit,    Recovery Department, PO Box 259360,    Plano, TX 75025-9360
516890985       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516665444       Computer Credit, Inc.,    640 W. 4th Street, PO Box 5238,    PO Box 5238,
                 Winston Salem, NC 27113-5238
516665448     ++FIRST JERSEY CREDIT UNION,    ONE CORPORATE DRIVE,    WAYNE NJ 07470-3112
                (address filed with court:  First Jersey Credit Union,    245 Diamond Bridge Ave,
                 Hawthorne, NJ 07506)
516718884     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI.  48255-0953)
516665449      +Ford Motor Credit,    PO Box Box 542000,    Omaha, NE 68154-8000
517063661      +Gila Group LLC,    1662 E. 24th St.,    Brooklyn, NY 11229-2402
516665450      +Hackensack University Medical Center,    30 Prospect Street,    Hackensack, NJ 07601-1915
516665452      +Hackensack University Medical Center,    Attn: Certified Credit and Collection,    PO Box 336,
                 Raritan, NJ 08869-0336
516665458      +KML Law Group,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516665457      +KML Law Group,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
516665461      +Meadowlands Hospital,    Patient Billing Department,    55 Meadowlands Parkway,
                 Secaucus, NJ 07094-2977
516665462      +MedEast Post-Op & Surgical, Inc.,    PO Box 822796,    Philadelphia, PA 19182-2796
516875061      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516665464      +Midland Mortgage,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516665465       Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
516665467       Nancy Chirino,    9102 Smith Avenue,    North Bergen, NJ 07047
516665470      +North Bergen MUA,    6200 Tonnelle Ave.,    North Bergen, NJ 07047-3312
516665471      +North Bergen Township,    Tax Collector,    4233 Kennedy Blvd.,    North Bergen, NJ 07047-2779
516665472      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516665475     #+Palisades Emergency Consultants,    One Edgewater St., 6th Floor,    Staten Island, NY 10305-4900
516665474       Palisades Emergency Consultants,    Attn: Michael Harrison, Esq.,
                 3155 State Route 10, Ste. 214,    Denville, NJ 07834-3430
516665476      +Palisades Medical Center,    1111 Paulison Avenue,    Clifton, NJ 07011-3600
516665477       Palisades Medical Center,    PO Box 31015,    Newark, NJ 07101-0130
516665478      +Palisades Medical Center,    Attn: Steven H. Finkelstein, LLC,    PO Box 6905,
                 Elizabeth, NJ 07206-6905
516665479       Progressive Medical Imaging of Union Cit,    Attn: Summit Collection Services, Inc.,
                 PO Box 306,    Ho Ho Kus, NJ 07423-0306
516665481      +Qvc, Inc.,    Attn: Global Credit and Collection,    5440 N. Cumberland, Ste. 300,
                 Chicago, IL 60656-1486
516665482       Riverside Pediatric Group,    PO Box 95000-4535,    Philadelphia, PA 19195-4535
516665487     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
518471950      +Sall/Myers Medical Associates, P.A.,    100 Hamilton Plaza, PO Box 2947,
                 Paterson, NJ 07509-2947
518471951      +Sall/Myers Medical Associates, P.A.,    PO Box 2947,    Paterson, NJ 07509-2947
518471952       Sall/Myers Medical Associates, P.A.,    611 River Dr. 4th floor, River Center 3,
                 Elmwood Park, NJ 07407
516665485      +Seventh Avenue,    Attn: Account Control Systems, Inc.,    85 Chestnut Ridge Rd., Ste. 113,
                 Montvale, NJ 07645-1836
516665488      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516665486      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
516665491       The Hamilton Collection,    Attn: Universal Fidelity, LP,    PO Box 219785,
                 Houston, TX 77218-9785
516665490      +The Hamilton Collection,    9333 Milwaukee Avenue,    Niles, IL 60714-1303
516665492      +Total Gym,    835 Springdale Avenue, Ste. 206,    Exton, PA 19341-2833
516784539      +U.S. Department of HUD,    451 7th St., S.W.,    Washington DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 00:04:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 00:04:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 24 2019 00:00:50      Ascension Capital Group,
                 Attn: Capital One N.A. Department,    PO BOX 165028,    Irving, TX 75016-5028
```

```
District/off: 0312-2                  User: admin                    Page 2 of 3                   Date Rcvd: Sep 23, 2019
                                      Form ID: pdf905                Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516758827       +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2019 00:05:01      Ashro Lifestyle,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516665440        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 00:01:15
                 Capital One Bank Usa NA,    15000 Capital One Dr,    Richmond, VA 23238
516687372       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 24 2019 00:01:17
                 Capital One Auto Finance,    Attn: AIS Portfolio Services, LP,    4515 N Santa Fe Ave.,
                 Dept. APS,   Oklahoma City, OK 73118-7901
516665439       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 24 2019 00:00:57
                 Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
516737074       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 24 2019 00:00:50
                 Capital One Auto Finance,,   c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516665442        E-mail/Text: ering@cbhv.com Sep 24 2019 00:04:01      Collection Bureau of Hudson Valley,
                 P0 Box 831,   Newburgh, NY 12551-0831
516665443       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 24 2019 00:03:35       Comenity Capital/Blair,
                 PO Box 182120,   Columbus, OH 43218-2120
516665445       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 24 2019 00:00:29      Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV 89193-8872
516764103       +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2019 00:05:01      Direct Charge,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516665446        E-mail/Text: bankruptcy@sccompanies.com Sep 24 2019 00:05:01      DirectCharge,
                 1112 7th Avenue,   Monroe, WI 53566-1364
516665447       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 24 2019 00:04:40       Fingerhut Advantage,
                 PO Box 166,   Newark, NJ 07101-0166
516665454       +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 00:00:16      Home Shopping Network,
                 PO Box 29116,   Shawnee Mission, KS 66201
516665453       +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 00:00:41      Home Shopping Network,
                 PO Box 105982,   Atlanta, GA 30348-5982
516665455       +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 00:01:05      Home Shopping Network,
                 PO Box 981064,   El Paso, TX 79998-1064
516665456       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 24 2019 00:03:36       Home Shopping Network,
                 PO Box 182273,   Columbus, OH 43218-2273
516895943        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 24 2019 00:04:20      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
516665459       +E-mail/Text: bncnotices@becket-lee.com Sep 24 2019 00:03:07      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516665460       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 24 2019 00:04:52      Liberty Mutual,
                 Attn: CCS Payment Processing Center,    725 Canton Stret,    Norwood, MA 02062-2679
516837790       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 00:04:04      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516665463       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 00:04:04      Midland Funding,
                 2365 Northside Dr., Ste. 30,    San Diego, CA 92108-2709
516665466       +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2019 00:05:01      Montgomery Ward,
                 1112 7th Ave,   Monroe, WI 53566-1364
516774806       +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2019 00:05:01      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516665473        E-mail/Text: bcwrtoff@cablevision.com Sep 24 2019 00:04:52      Optimum,   1111 Stewart Avenue,
                 Bethpage, NY 11714-3581
516918169        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 00:01:18
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516665480        E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 00:00:15      QVC,   PO Box 105975,
                 Atlanta, GA 30348-5975
516873597        E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2019 00:03:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
516665483       +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2019 00:05:01      Seventh Avenue,
                 1112 7th Avenue,   Monroe, WI 53566-1364
516764026       +E-mail/Text: bankruptcy@sccompanies.com Sep 24 2019 00:05:01      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516665493       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 24 2019 00:04:40       Webbank/Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516665451*     +Hackensack University Medical Center,    30 Prospect Street,    Hackensack, NJ 07601-1915
516665468*      Nancy Chirino,   9102 Smith Avenue,    North Bergen, NJ 07047
516665469*      Nancy Chirino,   9102 Smith Avenue,    North Bergen, NJ 07047
516665489*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 267,
                Trenton, NJ 08695)
516665484*      Seventh Avenue,   1112 7th Avenue,    Monroe, WI 53566-1364
                                                                                             TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 3 of 3             Date Rcvd: Sep 23, 2019
                              Form ID: pdf905          Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Carlos E Chirino herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5