UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND & RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(s)

**Order Filed on October 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

CARLOS CHIRINO, DEBTOR(S)

Case No.: 17-13630 JKS

Adv. No.:

Hearing Date: 10/24/19 @ 10:00 A.M.

Judge: JOHN K. SHERWOOD

ORDER APPROVING SETTLEMENT AND
AUTHORIZING DISBURSEMENT OF LAWSUIT
PROCEEDS

The relief set forth on the following pages, two (2) through three (3) is hereby ORDERED:

**DATED: October 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Carlos Chirino, Debtor(s)
Case no.: 17-13630 JKS
Caption of order: Order Approving Settlement and Authorizing Disbursement of Lawsuit Proceeds

_____

1. There being no objection by any party in interest to the settlement of the Debtor's cause of action relating to a slip and fall accident, and the settlement of this action is for the highest possible value and therefore the Debtor(s) may settle this action on terms proposed by special counsel and that the settlement, of this action, claim and/or controversy be and is hereby in the best interest of the estate and the Debtor and the settlement of the action be and is hereby approved and the Debtor may consummate the settlement as proposed by special counsel.

2. That the Debtor is authorized to settle this action on the terms and conditions recommended by special counsel.

3. Distribution of the proceeds of the lawsuit shall be paid and are authorized and as follows:

    a. Total (gross) settlement amount: $225,000

    b. Costs and expenses of Suit: $3,923.19 (To be paid to Peter N. Davis and Associates, LLC, Special Counsel to the Debtor)

    c. Counsel fees Per Retainer Agreement: $73,692.27 (Representing Thirty-Three and One-Third Percent Contingency Fee, which is one-third of the settlement, net of costs, to be paid to Peter N. Davis and Associates, LLC, Special Counsel to the Debtor)

Page 3

Debtor: Carlos Chirino, Debtor(s)

Case no.: 17-13630 JKS

Caption of order: Order Approving Settlement and Authorizing Disbursement of Lawsuit Proceeds

_____

      d. Debtor's Share: The sum of $30,025, to be distributed to the Debtor from the lawsuit proceeds, which are the applicable claimed exemptions.

      e. Sufficient funds, to completely pay (100%) all secured and unsecured claims in the plan, are to be remitted to Debtor's counsel for the purpose of paying off the plan.

      f. Excess funds, after payment of all of the foregoing, are to be remitted to the Debtor.