|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RAYMOND & RAYMOND<br>ATTORNEYS AT LAW<br>7 GLENWOOD AVENUE, 4TH FLOOR<br>EAST ORANGE, NEW JERSEY 07017<br>TELEPHONE (973) 675-5622<br>TELEFAX (408) 519-6711<br>Email: herbertraymond@gmail.com<br>HERBERT B. RAYMOND, ESQ.<br>JEFFREY M. RAYMOND, ESQ.<br>KEVIN DELYON, ESQ.<br>ATTORNEYS FOR THE DEBTOR(s) | **Order Filed on October 30, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |

In Re:

CARLOS CHIRINO, DEBTOR(S)

Case No.: 17-13630 JKS

Adv. No.:

Hearing Date: 10/24/19 @ 10:00 A.M.

Judge: JOHN K. SHERWOOD

ORDER APPROVING SETTLEMENT AND
AUTHORIZING DISBURSEMENT OF LAWSUIT
PROCEEDS

The relief set forth on the following pages, two (2) through three (3) is hereby ORDERED:

**DATED: October 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Carlos Chirino, Debtor(s)
Case no.: 17-13630 JKS
Caption of order: Order Approving Settlement and Authorizing Disbursement of Lawsuit Proceeds
_____

1. There being no objection by any party in interest to the settlement of the Debtor's cause of action relating to a slip and fall accident, and the settlement of this action is for the highest possible value and therefore the Debtor(s) may settle this action on terms proposed by special counsel and that the settlement, of this action, claim and/or controversy be and is hereby in the best interest of the estate and the Debtor and the settlement of the action be and is hereby approved and the Debtor may consummate the settlement as proposed by special counsel.

2. That the Debtor is authorized to settle this action on the terms and conditions recommended by special counsel.

3. Distribution of the proceeds of the lawsuit shall be paid and are authorized and as follows:

    a. Total (gross) settlement amount: $225,000

    b. Costs and expenses of Suit: $3,923.19 (To be paid to Peter N. Davis and Associates, LLC, Special Counsel to the Debtor)

    c. Counsel fees Per Retainer Agreement: $73,692.27 (Representing Thirty-Three and One-Third Percent Contingency Fee, which is one-third of the settlement, net of costs, to be paid to Peter N. Davis and Associates, LLC, Special Counsel to the Debtor)

Page 3

Debtor: Carlos Chirino, Debtor(s)

Case no.: 17-13630 JKS

Caption of order: Order Approving Settlement and Authorizing Disbursement of Lawsuit Proceeds

_____

     d. Debtor's Share: The sum of $30,025, to be distributed to the Debtor from the lawsuit proceeds, which are the applicable claimed exemptions.

     e. Sufficient funds, to completely pay (100%) all secured and unsecured claims in the plan, are to be remitted to Debtor's counsel for the purpose of paying off the plan.

     f. Excess funds, after payment of all of the foregoing, are to be remitted to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos E Chirino  
      Debtor

Case No. 17-13630-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 31, 2019  
                      Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.  
db          +Carlos E Chirino,    1465 37th Street,    North Bergen, NJ 07047-2305  
aty         +Peter N Davis,    Peter N. Davis & Associates, LLC,    TD Banknorth Building,    100 Hamilton Plaza,    Ste 420,    Paterson, NJ 07505-2116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Herbert B. Raymond    on behalf of Debtor Carlos E Chirino herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 5