**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carlos E Chirino<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4812<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–13630–JKS | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carlos E Chirino

<u>5/15/20</u>                                                     **By the court:** <u>John K. Sherwood</u>
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-13630-JKS
Carlos E Chirino                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 3              Date Rcvd: May 15, 2020
                              Form ID: 3180W               Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
```
db             +Carlos E Chirino,    1465 37th Street,    North Bergen, NJ 07047-2305
aty            +Peter N Davis,    Peter N. Davis & Associates, LLC,    TD Banknorth Building,
                 100 Hamilton Plaza,    Ste 420,    Paterson, NJ 07505-2116
516751438      +AlticeUSA,    200 Jericho Quadrangle,    Jericho NY 11753-2701
516665438      +BQN Borinquen Grill,    267 Orange Street,    Newark, NJ 07103-3611
516665437      +Bergen Pain Management,    37 West Century Rd.,    Paramus, NJ 07652-1466
516665441      +Capital One Deposit,    Recovery Department, PO Box 259360,    Plano, TX 75025-9360
516665444       Computer Credit, Inc.,    640 W. 4th Street, PO Box 5238,    PO Box 5238,
                 Winston Salem, NC 27113-5238
516665448      ++FIRST JERSEY CREDIT UNION,    ONE CORPORATE DRIVE,    WAYNE NJ 07470-3112
                (address filed with court: First Jersey Credit Union,    245 Diamond Bridge Ave,
                 Hawthorne, NJ 07506)
517063661      +Gila Group LLC,    1662 E. 24th St.,    Brooklyn, NY 11229-2402
516665450      +Hackensack University Medical Center,    30 Prospect Street,    Hackensack, NJ 07601-1915
516665452      +Hackensack University Medical Center,    Attn: Certified Credit and Collection,    PO Box 336,
                 Raritan, NJ 08869-0336
516665458      +KML Law Group,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516665457      +KML Law Group,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
516665461      +Meadowlands Hospital,    Patient Billing Department,    55 Meadowlands Parkway,
                 Secaucus, NJ 07094-2977
516665462      +MedEast Post-Op & Surgical, Inc.,    PO Box 822796,    Philadelphia, PA 19182-2796
516875061      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516665464      +Midland Mortgage,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516665465       Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
516665467       Nancy Chirino,    9102 Smith Avenue,    North Bergen, NJ 07047
516665470      +North Bergen MUA,    6200 Tonnelle Ave.,    North Bergen, NJ 07047-3312
516665471      +North Bergen Township,    Tax Collector,    4233 Kennedy Blvd.,    North Bergen, NJ 07047-2779
516665472      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
516665475      #+Palisades Emergency Consultants,    One Edgewater St., 6th Floor,    Staten Island, NY 10305-4900
516665474       Palisades Emergency Consultants,    Attn: Michael Harrison, Esq.,
                 3155 State Route 10, Ste. 214,    Denville, NJ 07834-3430
516665476      +Palisades Medical Center,    1111 Paulison Avenue,    Clifton, NJ 07011-3600
516665477      +Palisades Medical Center,    PO Box 31015,    Newark, NJ 07101-0130
516665478      +Palisades Medical Center,    Attn: Steven H. Finkelstein, LLC,    PO Box 6905,
                 Elizabeth, NJ 07206-6905
516665479       Progressive Medical Imaging of Union Cit,    Attn: Summit Collection Services, Inc.,
                 PO Box 306,    Ho Ho Kus, NJ 07423-0306
516665481      +Qvc, Inc.,    Attn: Global Credit and Collection,    5440 N. Cumberland, Ste. 300,
                 Chicago, IL 60656-1486
516665482       Riverside Pediatric Group,    PO Box 95000-4535,    Philadelphia, PA 19195-4535
516665487      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
518471950      +Sall/Myers Medical Associates, P.A.,    100 Hamilton Plaza, PO Box 2947,
                 Paterson, NJ 07509-2947
518471951      +Sall/Myers Medical Associates, P.A.,    PO Box 2947,    Paterson, NJ 07509-2947
518471952       Sall/Myers Medical Associates, P.A.,    611 River Dr. 4th floor, River Center 3,
                 Elmwood Park, NJ 07407
516665485      +Seventh Avenue,    Attn: Account Control Systems, Inc.,    85 Chestnut Ridge Rd., Ste. 113,
                 Montvale, NJ 07645-1836
516665488      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516665486      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
516665491       The Hamilton Collection,    Attn: Universal Fidelity, LP,    PO Box 219785,
                 Houston, TX 77218-9785
516665490      +The Hamilton Collection,    9333 Milwaukee Avenue,    Niles, IL 60714-1303
516665492      +Total Gym,    835 Springdale Avenue, Ste. 206,    Exton, PA 19341-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:52:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM May 16 2020 02:13:00      Ascension Capital Group,
                 Attn: Capital One N.A. Department,    PO BOX 165028,    Irving, TX 75016-5028
516758827      +EDI: CBS7AVE May 16 2020 02:13:00      Ashro Lifestyle,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516665440       EDI: CAPITALONE.COM May 16 2020 02:13:00      Capital One Bank Usa NA,    15000 Capital One Dr,
                 Richmond, VA 23238
516687372      +EDI: AISACG.COM May 16 2020 02:13:00      Capital One Auto Finance,
                 Attn: AIS Portfolio Services, LP,    4515 N Santa Fe Ave.,    Dept. APS,
                 Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2          User: admin              Page 2 of 3                    Date Rcvd: May 15, 2020
                              Form ID: 3180W           Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516665439      +EDI: CAPONEAUTO.COM May 16 2020 02:13:00      Capital One Auto Finance,   3901 Dallas Parkway,
                 Plano, TX 75093-7864
516737074      +EDI: AISACG.COM May 16 2020 02:13:00      Capital One Auto Finance,,
                 c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
516890985       EDI: BL-BECKET.COM May 16 2020 02:13:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516665442       E-mail/Text: ering@cbhv.com May 15 2020 22:51:54      Collection Bureau of Hudson Valley,
                 P0 Box 831,   Newburgh, NY 12551-0831
516665443      +EDI: WFNNB.COM May 16 2020 02:13:00      Comenity Capital/Blair,   PO Box 182120,
                 Columbus, OH 43218-2120
516665445      +E-mail/PDF: creditonebknotifications@resurgent.com May 15 2020 22:58:57      Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV 89193-8872
516764103      +EDI: CBS7AVE May 16 2020 02:13:00      Direct Charge,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516665446       EDI: CBS7AVE May 16 2020 02:13:00      DirectCharge,   1112 7th Avenue,   Monroe, WI 53566-1364
516718884       EDI: FORD.COM May 16 2020 02:13:00      Ford Motor Credit Company LLC,   Dept. 55953,
                 PO Box 55000,   Detroit, MI. 48255-0953
516665447       EDI: BLUESTEM May 16 2020 02:13:00      Fingerhut Advantage,   PO Box 166,
                 Newark, NJ 07101-0166
516665449      +EDI: FORD.COM May 16 2020 02:13:00      Ford Motor Credit,   PO Box Box 542000,
                 Omaha, NE 68154-8000
516665454      +EDI: RMSC.COM May 16 2020 02:13:00      Home Shopping Network,   PO Box 29116,
                 Shawnee Mission, KS 66201
516665453      +EDI: RMSC.COM May 16 2020 02:13:00      Home Shopping Network,   PO Box 105982,
                 Atlanta, GA 30348-5982
516665455      +EDI: RMSC.COM May 16 2020 02:13:00      Home Shopping Network,   PO Box 981064,
                 El Paso, TX 79998-1064
516665456      +EDI: WFNNB.COM May 16 2020 02:13:00      Home Shopping Network,   PO Box 182273,
                 Columbus, OH 43218-2273
516895943       EDI: JEFFERSONCAP.COM May 16 2020 02:13:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
516665459      +E-mail/Text: bncnotices@becket-lee.com May 15 2020 22:51:18      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
516665460      +EDI: CCS.COM May 16 2020 02:13:00      Liberty Mutual,   Attn: CCS Payment Processing Center,
                 725 Canton Stret,   Norwood, MA 02062-2679
516837790      +EDI: MID8.COM May 16 2020 02:13:00      MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516665463      +EDI: MID8.COM May 16 2020 02:13:00      Midland Funding,   2365 Northside Dr., Ste. 30,
                 San Diego, CA 92108-2709
516665466      +EDI: CBS7AVE May 16 2020 02:13:00      Montgomery Ward,   1112 7th Ave,   Monroe, WI 53566-1364
516774806      +EDI: CBS7AVE May 16 2020 02:13:00      Montgomery Ward,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516665473       E-mail/Text: bcwrtoff@cablevision.com May 15 2020 22:52:29      Optimum,   1111 Stewart Avenue,
                 Bethpage, NY 11714-3581
516918169       EDI: PRA.COM May 16 2020 02:13:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,   POB 41067,   Norfolk VA 23541
516665480       EDI: RMSC.COM May 16 2020 02:13:00      QVC,   PO Box 105975,   Atlanta, GA 30348-5975
516873597       EDI: Q3G.COM May 16 2020 02:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516665483      +EDI: CBS7AVE May 16 2020 02:13:00      Seventh Avenue,   1112 7th Avenue,
                 Monroe, WI 53566-1364
516764026      +EDI: CBS7AVE May 16 2020 02:13:00      Seventh Avenue,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
516784539      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov May 15 2020 22:58:08      U.S. Department of HUD,
                 451 7th St., S.W.,   Washington DC 20410-0001
516665493      +EDI: BLUESTEM May 16 2020 02:13:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516665451*     +Hackensack University Medical Center,    30 Prospect Street,   Hackensack, NJ 07601-1915
516665468*      Nancy Chirino,   9102 Smith Avenue,   North Bergen, NJ 07047
516665469*      Nancy Chirino,   9102 Smith Avenue,   North Bergen, NJ 07047
516665489*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Division of Taxation,   PO Box 267,
                 Trenton, NJ 08695)
516665484*      Seventh Avenue,   1112 7th Avenue,   Monroe, WI 53566-1364
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2              User: admin              Page 3 of 3              Date Rcvd: May 15, 2020
                                  Form ID: 3180W           Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:

```
Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
 bkgroup@kmllawgroup.com
Herbert B. Raymond    on behalf of Debtor Carlos E Chirino herbertraymond@gmail.com,
 raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
 ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
 ls789@gmail.com
Marie-Ann  Greenberg    magecf@magtrustee.com
Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```