Order Filed on June 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND, JEFFREY M. RAYMOND, KEVIN DELYON
ATTORNEYS FOR THE DEBTOR(s)

In Re:

CARLOS CHIRINO, DEBTOR(S)

Case No.: 17-13630 JKS

Adv. No.:

Hearing Date: 5/28/20 @ 10:00 A.M.

Judge: John K. Sherwood

ORDER PERTAINING TO DETERMINATION OF FINAL CURE

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: June 1, 2020**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Carlos Chirino, Debtor(s)

Case no.: 17-13630 JKS

Caption of order: Order Pertaining to Determination of Final Cure

_____

    1. That Midfirst Bank is to provide the Debtor with a statement, consistent with the Federal Rules of Bankruptcy Procedure, specifically, Federal Rule 3002.1, indicating:

        a. Whether it agrees that the debtor has paid in full the amount required to cure the default on the claim;

        b. Whether the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

    2. The statement shall itemize the required cure or post-petition amounts, if any, that Midland contends remain unpaid as of the date of the statement.

    3. The statement shall be filed as a supplement to Midfirst's proof of claim.

    4. The Debtor shall be afforded a period of forty-five days, from the filing of this statement, to provide a response and thereafter, Midfirst Bank, shall have an opportunity to respond to any papers filed by the Debtor.

    5. The hearing on this Motion shall be adjourned to allow responses to be filed and the Court shall enter a final order pertaining to the final cure and payment on the new hearing date.