UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RAYMOND AND RAYMOND
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
Email: herbertraymond@gmail.com
HERBERT B. RAYMOND, JEFFREY M. RAYMOND, KEVIN DELYON
ATTORNEYS FOR THE DEBTOR(s)

Order Filed on June 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARLOS CHIRINO, DEBTOR(S)

Case No.: 17-13630 JKS

Adv. No.:

Hearing Date: 5/28/20 @ 10:00 A.M.

Judge: John K. Sherwood

ORDER PERTAINING TO DETERMINATION OF FINAL CURE

The relief set forth on the following pages, two (2) through two (2) is hereby ORDERED:

**DATED: June 1, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Carlos Chirino, Debtor(s)

Case no.: 17-13630 JKS

Caption of order: Order Pertaining to Determination of Final Cure

_____

1. That Midfirst Bank is to provide the Debtor with a statement, consistent with the Federal Rules of Bankruptcy Procedure, specifically, Federal Rule 3002.1, indicating:

   a. Whether it agrees that the debtor has paid in full the amount required to cure the default on the claim;

   b. Whether the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

2. The statement shall itemize the required cure or post-petition amounts, if any, that Midland contends remain unpaid as of the date of the statement.

3. The statement shall be filed as a supplement to Midfirst's proof of claim.

4. The Debtor shall be afforded a period of forty-five days, from the filing of this statement, to provide a response and thereafter, Midfirst Bank, shall have an opportunity to respond to any papers filed by the Debtor.

5. The hearing on this Motion shall be adjourned to allow responses to be filed and the Court shall enter a final order pertaining to the final cure and payment on the new hearing date.

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos E Chirino  
    Debtor

Case No. 17-13630-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 02, 2020  
                    Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
```
db             +Carlos E Chirino,    1465 37th Street,    North Bergen, NJ 07047-2305
aty            +Peter N Davis,    Peter N. Davis & Associates, LLC,    TD Banknorth Building,
                 100 Hamilton Plaza,    Ste 420,    Paterson, NJ 07505-2116
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Carlos E Chirino herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                         TOTAL: 5